**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

NOUREDDINE ELASALI,
Appellant,

vs.

STATE OF NEVADA, DEPARTMENT
OF EMPLOYMENT, TRAINING AND
REHABILITATION,
Respondent.

No. 65270

**FILED**

SEP 23 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

On August 18, 2014, this court entered an order directing appellant to properly serve the notice of appeal on counsel for respondent and to file a properly completed certificate of service for that document in this court. In so doing, we cautioned appellant that failure to comply with this directive would result in the dismissal of this appeal. Appellant's certificate of service was due in this court on September 2, 2014, but to date, no such document has been filed in this court and appellant has not otherwise responded to the directive contained in our August 18 order. Accordingly, we conclude that appellant has abandoned this appeal and we therefore,

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

cc:   Hon. James Todd Russell, District Judge
      Noureddine Elasali
      State of Nevada/DETR
      Carson City Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

14-31568